UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

      Case No. 03-cr-08 (JNE) (1)
      ORDER

Peter George Noe,

      Defendant.

The Court denied Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A).  He filed a motion for reconsideration in which he asked the Court to "reconsider his family circumstances" and to "appoint the public defender to get his mother's medical records and affidavit from her and her doctors."  Defendant's motion [Docket No. 604] is DENIED.  *See United States v. Avalos Banderas*, 39 F.4th 1059, 1062 (8th Cir. 2022); *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).

      IT IS SO ORDERED.

Dated: August 11, 2026

                    s/Joan N. Ericksen
                    JOAN N. ERICKSEN
                    United States District Judge